UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:21-cv-88

ANTHONY MONTELL WALL

    Plaintiff,

vs.

TOWN OF WARSAW, N.C.; WARSAW POLICE DEPARTMENT, FRANK MOSS, JR., Individually, and in his official capacity as a Warsaw Police Department Officer; WH CAPITAL, LLC, a corporation doing business as Waffle House #1023; JANE(s) & JOHN(s) DOE, unknown employees of Waffle House, being sued in their individual and official capacities as employees of Waffle House,

    Defendants,

**NOTICE OF REMOVAL TO FEDERAL COURT**

**TO: PLAINTIFF, ANTHONY MONTELL WALL
BY AND THROUGH COUNSEL OF RECORD
MARK SIMEON, ESQ.
SIMEON LAW FIRM
PO BOX 1184
DURHAM, NC 27702-1184**

Defendants Town of Warsaw, Town of Warsaw Police Department and Officer Frank Moss, Jr., in his individual and official capacity, by and through their undersigned counsel, provide this Notice of Removal of this civil action to this Court from the Superior Court of Duplin County, North Carolina, based upon federal question jurisdiction. In support of the removal, these Defendants state the following:

1. This action was filed on or about May 4, 2021, in the Superior Court of Duplin County, North Carolina, bearing case number 21 CVS 316;

2. The Defendant Town of Warsaw was purportedly served with a copy of the Complaint by U.S. Mail on or about May 5, 2021.

3. Plaintiff alleges that the Defendants violated his/her rights under 42 U.S.C. §§ 1981, 1983 and 1985. This Court has original jurisdiction over this matter under 28 U.S.C. §1331 and it is removable under 28 U.S.C. § 1441(a);

4. Plaintiff's state law claims form part of the same case or controversy as to the federal claims, and this Court has supplemental jurisdiction over such state law claims pursuant to 28 U.S.C. §1367;

5. Upon information and belief, the Defendant WH Capital, LLC has not yet been served.

6. All Defendants have consented to the removal of this action.

7. In accordance with 28 U.S.C. § 1446(a), Defendants attach the Complaint as Exhibit A to this Notice of Removal.

This the 11th day of May, 2021.

        CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC

        /s/ Norwood P. Blanchard, III
        Norwood P. Blanchard, III
        NC State Bar No. 26470
        Clay Allen Collier
        NC State Bar No. 13266
        5002 Randall Parkway
        Wilmington, NC 28403
        norwood@cmclawfirm.com
        clayc@cmclawfirm.com

        Kennedy L. Thompson
        NC State Bar No. 28125
        THOMPSON & THOMPSON, PC
        P.O. Box 901
        Warsaw, NC 28398
        Tel. (910) 293-3124
        Fax. (910) 293-7171
        Kthompson@thompsonandthompsonlaw.com
        *Attorneys for the Town of Warsaw and Officer Frank Moss, Jr.*

# CERTIFICATE OF SERVICE

I hereby certify that on the _11_ day of May, 2021, a copy of the foregoing Notice of Removal was filed with the Clerk of Court on the Court's CM/ECF electronic filing system, which will electronically serve the following counsel for the parties:

Mark Simeon            (also served by U.S. Mail)
Simeon Law Firm
P.O. Box 1184
Durham, NC 27702-1184
mark@simeonlaw.com

This the 11_ day of May, 2021.

                                              /s/ Norwood P. Blanchard, III
                                              Norwood P. Blanchard, III